# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANDREW RALPH MCGILL,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No. 17-13071
Hon. Terrence G. Berg

## **JUDGMENT**

In accordance with the opinion and order issued on this date, adopting Magistrate Judge Patti's Report and Recommendation (ECF No. 17), granting Defendant's Motion for Summary Judgment (ECF No. 15) and denying Plaintiff's Motion for Summary Judgment (ECF No. 14);

It is ORDERED AND ADJUDGED that judgment be entered for Defendant and the case dismissed with prejudice.

Dated at Detroit, Michigan: March 25, 2019

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      s/A. Chubb
                                      Case Manager and Deputy
                                      Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE